**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000964
26-NOV-2014
09:38 AM**

NO. CAAP-14-0000964

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LEILA HAYASHIDA HENNA, as Personal Representative
of the Estate of HAROLD HIFUO HAYASHIDA, and as Successor
Trustee of the HAROLD H. HAYASHIDA REVOCABLE TRUST,
Plaintiff-Appellant,
v.
NAOMI IWASAKI HAYASHIDA,
Defendant-Appellee

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT
(FC-D NO. 08-1-0657)

ORDER APPROVING THE NOVEMBER 10, 2014 STIPULATION TO DISMISS
(By: Nakamura, C.J., Fujise and Reifurth, JJ.)

Upon consideration of the Stipulation to Dismiss

(**Stipulation**), filed by Plaintiff-Appellant Leila Hayashida Henna

(**Appellant**), as Personal Representative of the Estate of Harold

Hifuo Hayashida, and as Successor Trustee of the Harold H.

Hayashida Revocable Trust, on November 10, 2014, and the record,

it appears that (1) Appellant and Defendant-Appellee Naomi

Iwasaki Hayashida stipulate to dismiss Appeal No. CAAP-14-

0000964; (2) the attorneys for the parties have signed the

Stipulation; (3) the record on appeal has not been filed; and (4) Hawai'i Rules of Appellate Procedure Rule 42(a) provides, "If an appeal has not been docketed, the appeal shall be dismissed upon the filing of a stipulation for dismissal signed by all the parties."

Therefore, IT IS HEREBY ORDERED that Appeal No. CAAP-14-0000964 is dismissed.

DATED: Honolulu, Hawai'i, November 26, 2014.

Chief Judge

Associate Judge

Associate Judge